IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SYMONDS FLAGS AND POLES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:25-CV-1031-G |
| STATE FARM LLOYDS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the defendant's motion to limit the plaintiff's claim for attorneys' fees (docket entry 10) is **GRANTED**.

**SO ORDERED**.

December 29, 2025.

_____
**A. JOE FISH**
**Senior United States District Judge**